IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) PEDRO FRIAS**<br>2) MANUEL POLANCO<br>Defendant | CRIMINAL 11-0466CCC |

## ORDER

Having considered the Report and Recommendation filed on April 24, 2012 (**docket entry 55**) on a Rule 11 proceeding of defendant Pedro Frías (1) held before U.S. Magistrate Judge Marcos E. López on April 18, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 18, 2012. The **sentencing hearing is set for July 17, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on May 24, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge